IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEITHBRIDGE CO.** d/b/a Kurfiss Sotheby's International Realty<br><br>v.<br><br>**GREENWICH INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 19-5840** |

## ORDER

**AND NOW**, this 2nd day of June, 2020, having considered Leithbridge Company's Motion for Judgment on the Pleadings (ECF 8), Greenwich Insurance Company's Motion for Judgment on the Pleadings, (ECF 9), the parties' response briefs (ECF 10, 11), and Greenwich Insurance Company's reply brief (ECF 12), and for the reasons given in the accompanying memorandum, it is hereby ORDERED that Greenwich's Insurance Company's Motion is GRANTED, and Leithbridge Company's Motion is DENIED.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-5840 Leithbridge v Greenwich Ins Co\19cv5840 order re x-MJOP.doc